| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | DONALD THREATT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-mj-000080-CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO ADVANCE PRELIMINARY HEARING** |
| vs. | ) |
| DONALD THREATT, | ) Date: May 30, 2017 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney, Jeremy J. Kelley, attorney for Plaintiff, and Assistant Federal Defender, Jerome Price, attorney for Defendant Donald Threatt that the preliminary hearing currently scheduled for May 30, 2017, **may be advanced to** May 26, 2017 and heard before Magistrate Judge Deborah Barnes.

The Complaint in this case was filed on May 15, 2017. Mr. Threatt made his initial appearance before Magistrate Judge Carolyn K. Delaney the same day. Judge Delaney set the matter for a preliminary hearing 14 days later on May 30, 2017. Both counsel have a conflict with the current date and will be out of the office on work-related travel. Federal Rule of Criminal Procedure 5.1(c) requires that the preliminary hearing occur no later than 14 days from

/ / /

/ / /

the initial appearance if the defendant is in custody. Rather than continue the preliminary hearing, and thereby triggering the requirement in Rule 5.1(d) to show good cause, the parties desire to advance the hearing to the mutually convenient date of Friday, May 26, 2017.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2017      */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DONALD THREATT

Date: May 24, 2017      PHILLIP A. TALBERT
United States Attorney

*/s/ Jeremy J. Kelley*
JEREMY J. KELLEY
Assistant U.S. Attorney
Attorneys for Plaintiff

**O R D E R**

The Court has reviewed and considered the parties' above stipulation. The Court accepts the stipulation in its entirety and hereby ORDERS that the preliminary hearing be advanced from May 30, 2017 to May 26, 2017 at 2:00 p.m., before the duty Magistrate Judge.

IT IS SO ORDERED.

Date: May 25, 2017

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge