1  PHILLIP A. TALBERT
   United States Attorney
2  JILL M. THOMAS
   JEREMY J. KELLEY
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00076-TLN |
|---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | DONALD THREATT, | DATE: July 20, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
15 | Defendant. | |

16

17                               **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20     1.     By previous order, this matter was set for status on July 20, 2017.

21     2.     By this stipulation, defendant now moves to continue the status conference until

22 September 28, 2017, at 9:30 a.m., and to exclude time between July 20, 2017, and September 28, 2017,

23 under Local Code T4.

24     3.     The parties agree and stipulate, and request that the Court find the following:

25            a)    The government has represented that the discovery associated with this case

26 includes approximately 600 pages of investigative reports and related documents that have been

27 produced to the defense. The government anticipates producing additional material, including

28 forensic reports for electronic devices, within the next two weeks.

    b) Counsel for defendant desires additional time to review the discovery in the case, to conduct factual investigation and legal research, and to consult with his client about the charges and discuss potential resolutions and pretrial motions.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2017 to September 28, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 14, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JEREMY J. KELLEY
JILL M. THOMAS
JEREMY J. KELLEY
Assistant United States Attorney

Dated:  July 14, 2017

/s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
DONALD THREATT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July, 2017.

Troy L. Nunley
United States District Judge