PHILLIP A. TALBERT
United States Attorney
JILL M. THOMAS
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00076-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DONALD THREATT, | DATE: September 28, 2017 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 28, 2017.

2. By this stipulation, defendant now moves to continue the status conference until November 2, 2017, at 9:30 a.m., and to exclude time between September 28, 2017, and November 2, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has previously produced 600 pages of investigative reports and related documents to the defense. The government has represented that forensic review of electronic devices seized from the defendant's home has been ongoing. The government anticipates producing additional material next week, including forensic reports for electronic

devices and chat logs for approximately 800 online messaging conversations.  The government has also made available for defense inspection the digital images of the devices seized.

       b)      Counsel for defendant desires additional time to review the discovery in the case, to conduct factual investigation and legal research, and to consult with his client about the charges and to discuss potential resolutions and pretrial motions.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2017 to November 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2017                              PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ JEREMY J. KELLEY
                                                        JILL M. THOMAS
                                                        JEREMY J. KELLEY
                                                        Assistant United States Attorney

Dated:  September 22, 2017                              /s/ JEROME PRICE
                                                        JEROME PRICE
                                                        Counsel for Defendant
                                                        DONALD THREATT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of September, 2017.

_____
Troy L. Nunley
United States District Judge