HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DONALD THREATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00076-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| DONALD THREATT, | |
| Defendant. | Date: November 2, 2017<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Jeremy J. Kelley, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Donald Threatt, that the status conference scheduled for November 2, 2017 be vacated and be continued to December 14, 2017 at 9:30 a.m..

The government's initial discovery production disclosed 600 pages of investigative reports and related documents. The government has since provided defense counsel with additional discovery, including forensic reports for electronic devices and chat logs for approximately 800 online messaging conversations. The defense requires time to continue reviewing the voluminous discovery, inspect the digital images of seized devices and to discuss the evidence with the defendant.  Once discovery review is completed, the defense will have to

engage in its own independent fact investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 14, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2017        */s/ Jerome Price*
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorneys for Defendant
                              DONALD THREATT

Date: October 31, 2017        PHILLIP A. TALBERT
                              United States Attorney

                              */s/ Jeremy J. Kelley*
                              JEREMY J. KELLEY
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 2, 2017 status conference shall be continued until December 14, 2017, at 9:30 a.m. before Hon. Troy L. Nunley.**

Dated: October 31, 2017

_____
Troy L. Nunley
United States District Judge

<br>