PHILLIP A. TALBERT
United States Attorney
JILL M. THOMAS
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD THREATT,<br><br>Defendant. | CASE NO. 2:17-CR-00076-TLN<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 14, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 14, 2017.

2. By this stipulation, defendant now moves to continue the status conference until February 1, 2018, at 9:30 a.m., and to exclude time between December 14, 2017, and February 1, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has previously produced 600 pages of investigative reports and related documents to the defense. The government has also provided additional discovery, including forensic reports for electronic devices and chat logs for approximately 800 online messaging conversations. The government has also made available for defense inspection the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

digital images of the devices seized.

  b) Counsel for defendant desires additional time to review the discovery in the case, to conduct factual investigation and legal research, and to consult with his client about the charges and to discuss potential resolutions and pretrial motions. In particular, counsel has scheduled a time to review digital evidence in this case maintained in the custody of the Federal Bureau of Investigation and will need additional time following this review to discuss the evidence with the defendant and to conduct additional investigation.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to February 1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. The parties filed a previous stipulation in this case, ECF No. 21, requesting a continuance. Unfortunately, that stipulation contained a typographical error in the date requested for the new hearing date as it incorrectly stated the year as 2017, not 2018. By this amended stipulation, the parties request the Court disregard ECF No. 21, and grant a continuance based upon this stipulation to February 1, 2018.

IT IS SO STIPULATED.

Dated: December 11, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ JEREMY J. KELLEY
JILL M. THOMAS
JEREMY J. KELLEY
Assistant United States Attorney

Dated: December 11, 2017   /s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
DONALD THREATT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of December, 2017.

Troy L. Nunley
United States District Judge