1  McGREGOR W. SCOTT
   United States Attorney
2  JILL M. THOMAS
   JEREMY J. KELLEY
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00076-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING RULE 12 DEADLINE AND BRIEFING SCHEDULE; ORDER |
| v. | |
| DONALD THREATT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, trial in this matter is set for September 10, 2018. ECF No. 24. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., time up to the date of trial has been deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

2. By this stipulation, the parties move the Court to set a deadline pursuant to Federal Rule of Criminal Procedure 12(c)(1) for all motions that must be filed before trial under Rule 12(b)(3)(A)–(D). The parties agree and stipulate that the defendant may file any appropriate Rule 12(b)(3)(E) motion relating to discovery up to the time of trial if the parties cannot informally resolve a discovery matter.

1        3.        The parties agree and stipulate to, and ask the Court to order, the following deadline and briefing schedule:

       a)        Defendant shall file any motions that must be filed before trial under Rule 12(b)(3)(A)–(D) on or before June 7, 2018.

       b)        The government's response to any motions shall be filed on or before June 21, 2018.

       c)        Defendant shall file any reply briefing on or before June 28, 2018.

       d)        A hearing on any motions shall be scheduled for July 12, 2018.

IT IS SO STIPULATED.

Dated: February 20, 2018        McGREGOR W. SCOTT
United States Attorney

/s/ JEREMY J. KELLEY
JILL M. THOMAS
JEREMY J. KELLEY
Assistant United States Attorney

Dated: February 20, 2018        /s/ JEROME PRICE
JEROME PRICE
Counsel for Defendant
DONALD THREATT

# ORDER

Pursuant to the parties stipulation and Federal Rule of Criminal Procedure 12(c)(1), it is hereby ORDERED:

a) Defendant shall file any motions that must be filed before trial under Rule 12(b)(3)(A)–(D) on or before June 7, 2018.

b) The government's response to any motions shall be filed on or before June 21, 2018.

c) Defendant shall file any reply briefing on or before June 28, 2018.

d) A hearing on any motions shall be scheduled for July 12, 2018.

DATED: February 20, 2018

Troy L. Nunley
United States District Judge