MCGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00076-TLN |
|---|---|
| Plaintiff, | MOTION TO MODIFY TRIAL DATE; ORDER |
| v. | DATE: August 2, 2018 |
| DONALD THREATT, | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

By previous order, this case was set for Jury Trial on September 10, 2018. ECF 24. The government now respectfully moves and requests that the jury trial set in this case begin one day later, on September 11, 2018. Counsel for the defendant does not oppose this request.

The proposed one-day modification will not implicate the defendant's or the public's right to a speedy trial, pursuant to the Speedy Trial Act. 18 U.S.C. § 3161, *et seq*. The defendant was arraigned on the Indictment in this case on May 26, 2017. ECF 26. Time has been properly excluded by the Court for purposes of computing time within which trial must commence under the Speedy Trial Act through September 10, 2018. *See* ECF 14 (time excluded from May 26, 2017 through July 20, 2017); ECF 16 (time excluded from July 20, 2017 through September 28, 2017); ECF 18 (time excluded from September 28, 2017 through November 2, 2017); ECF 20 (time excluded from October 31, 2017 through December 14, 2017); ECF 23 (time excluded from December 14, 2017 through February 1, 2018); ECF 24 (time excluded from February 1, 2018 through September 10, 2018). Thus, as of

1

September 10, 2018, seventy days remain within which trial must commence.

The government does not anticipate that this modification will otherwise affect the pretrial or trial schedule, as the government anticipates that it will be still able to present its case in the time originally estimated.  A Trial Confirmation Hearing is set for August 2, 2018.


Dated:  July 12, 2018                                         McGREGOR W. SCOTT
                                                              United States Attorney


                                                        By:  /s/ *AMY SCHULLER HITCHCOCK*
                                                             AMY SCHULLER HITCHCOCK
                                                             Assistant United States Attorney

**ORDER**

Having read and considered the United States' unopposed Motion to Modify Trial Date, the Court hereby continues the jury trial to September 11, 2018, at 9:00 a.m. If any party has served any subpoena, the party shall advise each subpoena recipient that the subpoenas in this case remain in effect but the Court has continued the compliance date to September 11, 2018.

IT IS SO FOUND AND ORDERED this 13th day of July, 2018.

Troy L. Nunley
United States District Judge