MCGREGOR W. SCOTT
United States Attorney
MATTEW D. SEGAL
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD THREATT,<br><br>Defendant. | CASE NO. 2:17-CR-00076 TLN<br><br>UNOPPOSED MOTION TO MODIFY MOTIONS IN LIMINE BRIEFING SCHEDULE; ORDER<br><br>DATE: September 11, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

A previous Order of the Court set a briefing schedule for pre-trial filings in the above-captioned case, which is set for trial beginning September 11, 2018. *See* ECF No. 32. Based on discussions between the parties, the United States of America now respectfully moves and requests that the briefing schedule be modified as follows: (1) the due date for motions in limine to be continued from August 21, 2018 to August 24, 2018; and (2) the due date for oppositions to motions in limine be continued from August 28, 2018 to August 29, 2018. Counsel for the defendant does not oppose this request.

Dated: August 20, 2018

MCGREGOR W. SCOTT
United States Attorney

By: /s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

**ORDER**

Having read and considered the United States' unopposed Motion to Modify Motions in Limine Briefing Schedule, the Court hereby modifies the briefing schedule as follows: (1) the due date for motions in limine is continued from August 21, 2018 to August 24, 2018; and (2) the due date for oppositions to motions in limine is continued from August 28, 2018 to August 29, 2018.

IT IS SO ORDERED this 20th day of August, 2018.

Troy L. Nunley
United States District Judge