1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   DONALD THREATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-76-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) **AND JUDGMENT& SENTENCING** |
| | ) |
| DONALD THREATT, | ) Date:  December 6, 2018 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Katherine T. Lydon, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Defender Jerome Price, counsel for Defendant Donald Threatt, that the sentencing hearing **may be continued to January 3, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 12/6/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/13/18 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/20/18 |
| Reply or statement of non-opposition: | 12/27/18 |

| | | |
|---|---|---|
| 1 | Judgment and Sentencing Date: | 1/3/19 |

Probation is aware of this stipulation and does not oppose the request. The government has no objection to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2018        */s/ Jerome Price*
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorneys for Defendant
                              DONALD THREATT

Date: November 8, 2018        MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Katherine T. Lydon*
                              KATHERINE T. LYDON
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court orders that any informal objections are due on December 6, 2018, the final Pre-Sentence Report shall be disclosed on December 13, 2018, any formal objections are due on December 20, 2018, any replies are due on December 27, 2018, and the sentencing hearing is reset for January 3, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Date: November 8, 2018

_____
HON. TROY L. NUNLEY
United States District Judge