1 HEATHER E. WILLIAMS, SBN #122664
  Federal Defender
2 JEROME PRICE, SBN # 282400
  Assistant Federal Defender
3 801 I Street, 3rd Floor
  Sacramento, CA 95814
4 Telephone: (916) 498-5700
  Fax: (916) 498-5710

Attorneys for Defendant
DONALD THREATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-76-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | ) |
| DONALD THREATT, | ) Date: January 3, 2019 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Katherine T. Lydon, Assistant United States Attorney, counsel for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Defender Jerome Price, counsel for Defendant Donald Threatt, that the sentencing hearing **may be continued to February 7, 2019**.

The government has no objection to the continuance.

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 27, 2018        */s/ Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               DONALD THREATT

Date: December 27, 2018        MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ Katherine T. Lydon*
                               KATHERINE T. LYDON
                               Assistant U.S. Attorney
                               Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court orders that the sentencing hearing is reset for February 7, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Date: December 28, 2018

Troy L. Nunley
United States District Judge