1   MCGREGOR W. SCOTT
    United States Attorney
2   KATHERINE T. LYDON
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2722
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America

7

8                          IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO. 2:17-CR-0076 TLN

12                        Plaintiff,             ORDER SEALING DOCUMENTS AS SET FORTH
                                                 IN GOVERNMENT'S NOTICE
13                v.

14  DONALD THREATT,

15                        Defendant.

16

17          Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that Exhibit A to the government's Sentencing

19  Memorandum pertaining to defendant Donald Threatt , and government's Request to Seal shall be

20  SEALED until further order of this Court.

21          It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23          The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest. The Court

26  further finds that, in the absence of closure, the compelling interests identified by the

27  / / /

28  / / /

government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: February 11, 2019

Troy L. Nunley
United States District Judge