McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
KATHERINE T. LYDON
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00076-TLN |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DONALD THREATT, | |
| Defendant. | |

On November 28, 2018, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and defendant Donald Threatt forfeiting to the United States the following property:

    a. Samsung Galaxy S7, serial number R38H706B1FL,
    b. GoPro Model CHDHN-301, serial number HD3SB11120D85D7,
    c. Samsung DVD camera recorder, serial number ACAR6VKP933573X, and
    d. Nikon CoolPix L830 camera, serial number 30104704

Beginning on December 12, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

1

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and interest of Donald Threatt.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 31st day of May, 2019.

Dated: May 31, 2019

_____
Troy L. Nunley
United States District Judge