PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00076-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| DONALD THREATT, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion for compassionate release on May 21, 2021. Docket No. 62. Pursuant to local rule the government's response was due on May 28, 2021, with any reply from the defendant due on May 31, 2021.

2.  Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)  The government's response to the defendant's motion to be filed on or before

| | |
|---|---|
| 1 | June 10, 2021; |
| 2 |     b)    The defendant's reply to the government's response to be filed on or before June |
| 3 | 17, 2021. |

IT IS SO STIPULATED.

Dated: June 3, 2021                                    PHILLIP A. TALBERT
Acting United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: June 3, 2021                                    /s/ REED GRANTHAM
REED GRANTHAM
Counsel for Defendant
DONALD THREATT

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)    The government's response to the defendant's motion, Docket No. 62, is due on or before June 10, 2021;

b)    The defendant's reply to the government's response, if any, is due on June 17, 2021.

IT IS SO FOUND AND ORDERED this 3rd day of June, 2021.

_____
Troy L. Nunley
United States District Judge