# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD THREATT,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00076-TLN<br><br>**SEALING ORDER** |

Good cause appearing, it is hereby ORDERED that Exhibit B in support of Defendant Donald Threatt's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i) (ECF No. 62) and the Request to File Documents Under Seal shall be filed under seal until further order of the Court. It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

　　　IT IS SO ORDERED.

DATED: June 23, 2021

　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　United States District Judge